

U.S. Department of Justice

United States Attorney's Office
District of Delaware

Nemours Building
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

February 22, 2007

CR07-23

**FILED UNDER SEAL**

Clerk, U.S. District Court
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Room 6325
Wilmington, Delaware 19801

Re: **United States v. Dominic Lee Ayres**

Dear Clerk of Court,

The defendant has agreed to waive indictment and enter a guilty plea to the enclosed Felony Information. In connection with the Felony Information, also enclosed is a motion and order to seal the Felony Information and related case file.

The government requests that a District Judge be assigned to this matter.

Very truly yours,

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Robert F. Kravetz
Assistant United States Attorney

Enc.

cc: Mark S. Greenberg, Esq.