IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-23 |
| DOMINIC LEE AYRES | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

## COUNT I

On or about March 3, 2006, in the State and District of Delaware, DOMINIC LEE AYRES, defendant herein, did knowingly possess with the intent to distribute heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).


COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: February 22, 2007