

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

February 22, 2007

**FILED UNDER SEAL**

Clerk, U.S. District Court
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Room 6325
Wilmington, Delaware 19801

CR07-23.

Re:    **United States v. Dominic Lee Ayres**

Dear Clerk of Court,

   The government filed today under seal a Felony Information in the above-captioned case. The defendant has agreed to waive indictment and enter a guilty plea pursuant to the enclosed Waiver of Indictment and Memorandum of Plea Agreement. The parties respectfully request for a District Judge to be assigned to this matter, and for the Court schedule a Waiver of Indictment and Change of Plea hearing with counsel. An original, executed Waiver of Indictment form and Memorandum of Plea Agreement will be submitted at the hearing.

                                        Very truly yours,

                                        COLM F. CONNOLLY
                                        United States Attorney

                               BY:  _____
                                        Robert F. Kravetz
                                        Assistant United States Attorney

Enc.

cc:    Mark S. Greenberg, Esq.