IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-23 |
| ) | |
| DOMINIC LEE AYRES ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorney Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to seal the Felony Information and related file in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: February 22, 2007

**IT IS SO ORDERED** this ___22___ day of ___February___, 2007, that the Felony Information and file in the above-captioned case shall remain under seal until further order of the Court.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE