IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | **SEALED** |
| | : | |
| v. | : | Criminal Action No. 07-023 JJF |
| | : | |
| DOMINIC LEE AYERS, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court has received a Proposed Memorandum Of Plea Agreement in the above-captioned case (D.I. 3);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, April 17, 2007, at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and April 17, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

March 13, 2007
DATE

UNITED STATES DISTRICT JUDGE

FILED
MAR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE