IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-23-JJF |
| | ) | (UNDER SEAL) |
| DOMINIC LEE AYRES | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO CONTINUE HEARING

**NOW COMES** the United States of America, by and through Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves for a 30-day continuance of the hearing set for April 17, 2007, in the above-captioned case. Mark S. Greenberg, attorney for defendant Dominic Lee Ayres, joins in this request.

Respectfully submitted,

COLM F. CONNOLLY

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: April 16, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-23-JJF |
| | ) (UNDER SEAL) |
| DOMINIC LEE AYRES | ) |
| | ) |
| Defendant. | ) |

### ORDER

AND NOW, this __17__ day of __April__, 2007 upon consideration of the parties' Joint Motion to Continue the April 17, 2006 hearing in the above-captioned matter for an additional 30 days, it is hereby ORDERED that the joint motion is GRANTED.

By the Court:

_____
Hon. Joseph J. Farnan, Jr.
United States District Court

2



FILED
APR 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, hereby certify that on April 16, 2007, I served the foregoing:

**JOINT MOTION TO CONTINUE HEARING**

by causing two copies of said document to be served on counsel of record by facsimile and First Class Mail as follows

>Mark S. Greenberg, Esq.
>1429 Walnut Street
>13th Floor
>Philadelphia, PA 19102

_____
Sherry Kaminski