

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : **SEALED** |
| v. | : Criminal Action No. 07-023 JJF |
| DOMINIC LEE AYRES, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court granted Government's Motion to Continue Rule 11 hearing (D.I. 6);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, June 5, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and June 5, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

April 24, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

