PS 8
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SEALED** |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. 1:07CR-023 (JJF) |
| Dominic Lee Ayers | ) | |
| Defendant | ) | |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW JOHN G. SELVAGGI PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dominic Lee Ayers who was released under pretrial release supervision by the Honorable Joseph J. Farnan, Jr., sitting in the court at Wilmington, on the 5th day of June, 2007 under the following conditions:

7(a):   Report to Pretrial Services;

Any drug use will result in revocation.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On June 5, 2007, Mr. Ayers submitted a preliminary urine test that tested positive for opiates and cocaine. He admitted to having used heroin on Sunday, June 3, 2007, as he believed he was going to jail at his plea hearing. He believes the cocaine must have been in the heroin that he consumed.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Dominic Lee Ayers, so that he can be brought before the Court to answer to the charge of violating the terms of his pretrial release.

ORDER OF COURT

So ordered this __5__ day of __June__, 2007.

_____
U. S. District Judge

Under the penalty of perjury I declare the foregoing is true and correct.

_____
U. S. Pretrial Services Officer

Place   Wilmington, Delaware

Date    June 5, 2007