IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-23-JJF |
| ) | (UNDER SEAL) |
| DOMINIC LEE AYRES, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the detention of the defendant, Dominic Lee Ayres, pursuant to 18 U.S.C. §§ 3143(a), 3148(b) and Federal Rule of Criminal Procedure 46(c), pending a hearing on the violation of pretrial release petition. In support of the motion, the United States alleges that the defendant poses a danger to the community, a risk of non-appearance and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a risk of flight or danger to the community if released. The United States further alleges that the defendant cannot demonstrate that he is able to abide by any condition or combination of conditions of release.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Robert F. Kravetz
Assistant United States Attorney

Dated:   June 6, 2007