AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| DOMINIC LEE AYERS | Case Number: CR 07-23-JJF |

To: The United States Marshal
and any Authorized United States Officer

**SEALED**

YOU ARE HEREBY COMMANDED to arrest _____ DOMINIC LEE AYERS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  X Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF BAIL CONDITIONS

FILED
JUN - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

BY: _____ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

JUNE 5, 2007   at WILMINGTON, DE
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St.
Wilmington DE 19801

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-6-07 | Joe Scanlan | JScanlan |
| DATE OF ARREST | DUSM | |
| 6-6-07 | | |