IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : **SEALED** |
| v. | : Criminal Action No. 07-023 JJF |
| DOMINIC LEE AYRES, | : |
| Defendant. | : |

<u>O R D E R</u>

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Felony Information pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, October 3, 2007, at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

July 24, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE