

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | **SEALED** |
| | : | |
| v. | : | Criminal Action No. 07-023 JJF |
| | : | |
| DOMINIC LEE AYRES, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, due to a scheduling conflict, counsel for

Defendant, by phone, made a request to postpone the October 3,

2007 Sentencing;

WHEREAS, Government does not oppose the postponement;

IT IS HEREBY ORDERED that:

1) Defendant's Sentencing set for October 3, 2007 is

CANCELLED.

2)   Defendant's Sentencing will be held on **Friday,**

**October 12, 2007, at 9:00 a.m.**, in Courtroom No. 4B on the 4th

Floor, Boggs Federal Building, Wilmington, Delaware.

September 26, 2007
DATE

UNITED STATES DISTRICT JUDGE