

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-23-JJF |
| ) | (UNDER SEAL) |
| DOMINIC LEE AYRES ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, moves for this Court to unseal the Indictment and File in the above-captioned matter.

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: May 20, 2008

AND NOW, to wit, this  22  day of  May  2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be unsealed.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOMINIC LEE AYERS, )<br>)<br>Defendant. ) | Criminal Action No. 07-23-JJF<br>**FILED UNDER SEAL** |

### CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, hereby certify that on the 21st day of May 2008, I served the forgoing:

**Motion and Order to Partially Unseal Indictment and File**

by causing two copies of said document to be served on counsel of record by First Class Mail as follows:

Mark Greenberg, Esq.
LaCheen Dixon Wittels & Greenberg, LLP
Attorneys and Counsellors at Law
1429 Walnut Street, 13th Floor
Philadelphia, PA 19102

_____
Sherry Kaminski